United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA
                              Plaintiff

v.                                                          Case No.: 5:20–po–60821
                                                            Magistrate Judge Diana Song Quiroga

Jose Leodan Cuellar–Basurto
                              Defendant

---

## JUDGMENT

On **February 5, 2020**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

Based on the Government's motion, the Court finds that reasonable efforts to collect the $10.00 special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

DONE at Laredo, Texas, on **February 5, 2020**.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE